COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI


____________________________________________________________________

NUMBER 13-99-758-CV 



IN THE MATTER OF THE GUARDIANSHIP OF THE PERSON
AND ESTATE OF NATHAN HERRING III


On appeal from the 2nd 25th District Court


of Lavaca County, Texas.


____________________________________________________________________

NUMBER 13-00-069-CV



IN THE MATTER OF THE GUARDIANSHIP OF THE PERSON
AND ESTATE OF NATHAN HERRING III


On appeal from the County Court


of Lavaca County, Texas.


____________________________________________________________________

O P I N I O N


 

Before Justices Hinojosa, Yañez, and Chavez


Opinion Per Curiam


 Appellant, IN THE MATTER OF THE GUARDIANSHIP OF THE
PERSON AND ESTATE OF NATHAN HERRING III, perfected an appeal
from a judgment entered by the 2nd 25th District Court of Lavaca
County, Texas, in cause number 98-12-18297-CV and the County Court
of Lavaca County, Texas, in cause number 19. After the record and
appellant's brief were filed, appellee filed a motion to dismiss the
appeal. In the motion, appellee states that Nathan Herring III died on
September 5, 2000, and is no longer in need of a guardian. 
Consequently, the issues raised on appeal are moot. Appellee requests
that this Court dismiss the appeal.

 The Court, having considered the documents on file and appellee's
motion to dismiss the appeal, is of the opinion that the motion should
be granted. Appellee's motion to dismiss is granted, and the appeal is
hereby DISMISSED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

Opinion delivered and filed this

the 5th day of October, 2000.